JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| EDMUND EDWARDS, | ) | No. CV 22-8812 FMO (PLAx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| LEE R. BOGDANOFF, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 2nd day of February, 2023.

/s/
Fernando M. Olguin
United States District Judge